J. N. GREGORY v. HANNAH C. PINNIX ET AL.

*Ward & Thompson for plaintiff.*

*J. K. Wilson, W. A. Worth, E. F. Aydlett, and J. C. Biggs for defendant.*

ALLEN, J. The decision between the same parties in another case at this term is controlling in this.

Affirmed.